1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| RYAN SHARP, | Case No. 3:26-CV-00015-CLB |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE NEW *IN FORMA PAUPERIS* APPLICATION – LONG FORM** |
| v. | |
| CALLERS 1-100, | [ECF No. 1] |
| Defendants. | |

Plaintiff has filed a request to proceed *in forma pauperis* ("IFP") (ECF No. 1). Upon review of the documents filed herein, the Court finds that Plaintiff's declaration is insufficient for the Court to act on the application.

Accordingly, **IT IS ORDERED** that Plaintiff shall complete the attached "Application to Proceed in District Court Without Prepaying Fees or Costs – Long Form".

**IT IS FURTHER ORDERED** that on or before **February 12, 2026**, Plaintiff shall either: (1) <u>file</u> the attached fully complete application to proceed IFP with the Clerk of Court; or (2) <u>pay</u> the full filing fee of $405 (consisting of the $350 filing fee and $55 administrative fee).

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file a completed IFP application or pay the filing fee, the Court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED.**

**DATED**: <u>January 12, 2026</u>.

**UNITED STATES MAGISTRATE JUDGE**