UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN SHARP, | Case No. 3:26-cv-00015-ART-CLB |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 9) |
| v. | |
| CALLERS 1-100, | |
| Defendants. | |

Plaintiff Ryan Sharp brings this action against Defendants "Callers 1-100," alleging Telephone Consumer Protection Act ("TCPA") violations. (ECF No. 1-1.) Before the Court is Magistrate Judge Carla Baldwin's Report and Recommendation (R&R) recommending dismissing Mr. Sharp's complaint without prejudice and granting his application to proceed *in forma pauperis* ("IFP"). (ECF No. 9.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Plaintiff has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 9.)

1

## II.   ANALYSIS

The magistrate judge found that Mr. Sharp's complaint is deficient of the pleading standard set forth by Federal Rule of Civil Procedure 8(a)(2). (ECF No. 3.) *See* FED. R. CIV. PRO. 8(a)(2) (requiring that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 570 (2007). Mr. Sharp's complaint, which alleges 100+ robocalls to his phone, does not identify any defendants or name any entities responsible for the alleged calls. (ECF No. 1-1.) Additionally, Mr. Sharp's complaint contains only vague and conclusory allegations devoid of information or details necessary to support his cause of action. (*Id.*) As a result, the complaint does not comply with the requirements of Rule 8(a)(2). The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III.   CONCLUSION

IT IS THEREFORE ORDERED that Mr. Sharp's applications to proceed *in forma pauperis* (ECF Nos. 1, 7), are GRANTED.

IT IS FURTHER ORDERED that the Clerk FILE the complaint. (ECF No. 1-1.)

IT IS FURTHER ORDERED that the complaint is DISMISSED without prejudice and with leave to amend. Mr. Sharp has until Monday, April 13, 2026, to file an amended complaint curing the deficiencies of his original complaint. Failure to file an amended complaint by that date will result in dismissal of this action.

Dated this 12th day of March 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE