UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RYAN SHARP,

Plaintiff,

v.

CALLERS 1-100,

Defendants.

Case No. 3:26-cv-00015-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 13)

Plaintiff Ryan Sharp brings this action against Defendants "Callers 1-100," alleging Telephone Consumer Protection Act ("TCPA") violations. (ECF No. 12.) Before the Court is Magistrate Judge Carla Baldwin's Report and Recommendation (R&R) recommending dismissing Mr. Sharp's First Amended Complaint ("FAC") without prejudice. (ECF No. 13.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I. LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Sharp has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 13.)

## II. ANALYSIS

The magistrate judge found that while Mr. Sharp provided sufficient facts to state TCPA claims, there are insufficient facts to establish a defendant for the claims to proceed against. (ECF No. 13.) Mr. Sharp's FAC, which alleges 100+ robocalls to his phone, does not identify any defendants or name any entities responsible for the alleged calls. (ECF No. 12.) Additionally, early discovery is not warranted because Mr. Sharp has not provided any information about the steps he has taken to locate the identity of the telemarketer defendants. *See Rojas v. Owner of Tel. No. 310-304-0173*, 2024 WL 3052168, at *1 (C.D. Cal. Feb. 23, 2024) (in determining whether a plaintiff has established good cause to warrant early discovery, courts consider whether the plaintiff has "(1) identified the Doe defendant with sufficient specificity as a real person who can be sued in federal court; (2) recounted the steps taken to locate and identify the defendant; (3) shown that the action can survive a motion to dismiss; and (4) established that the discovery is reasonably likely to lead to identify information that will permit service of process.") The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III. CONCLUSION

IT IS THEREFORE ORDERED that the complaint is DISMISSED without prejudice and with leave to amend. Mr. Sharp has until Monday, August 17, 2026, to file an amended complaint curing the deficiencies of his FAC. Failure to file an amended complaint by that date will result in dismissal of this action.

Dated this 16th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE